IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMOND DAVID DELGADO,<br><br>    Defendant. | Case No.: 6:22-MJ-00006 HBK<br><br>ORDER OF RELEASE |

    The above-named defendant having been sentenced on June 27, 2022, to Time Served, as of June 27, 2022.

    IT IS HEREBY ORDERED that the defendant shall be released on his own recognizance on Monday, June 27, 2022.

    A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

DATED: 6/27/2022

*Sheila K. Oberto*
Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE